JOHN C. PECK, plaintiff in error, agt. ABRAHAM WITBECK, defendant in error.

Papers for a motion by defendant in error to set aside a common law certiorari, directed to a supreme court commissioner, should be entitled A. B., defendant in error, agt. *The People ex. rel.* C. D., plaintiff in error.

*February Term,* 1846.

MOTION by defendant in error to set aside a common law certiorari.

On the 5th June, 1845, a rule was granted by this court on the application of Peck, plaintiff in error, allowing a common

law certiorari to issue, directed to Isaac Pruyn, Esq., supreme court commissioner, to remove *proceedings [*71] had before him, on an application of Witbeck against Peck, under the act to abolish imprisonment for debt and to punish fraudulent debtors, passed April 26, 1831. It was objected by counsel for Peck, that the papers for this motion were not properly entitled (being entitled as above, except that the title was reversed); they should have been entitled, *Witbeck ads. The People ex rel. Peck, &c.* It was a matter before a commissioner.

> J. H. REYNOLDS, *defendant's counsel.*
> R. V. GROAT, *defendant's attorney.*
> P. CAGGER, *plaintiff's counsel.*
> M. SANFORD, *plaintiff's attorney.*

BRONSON, Chief Justice. Sustained the objection, and denied the motion with $7 costs.